IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT J. MASTERS,

      Appellant,

 v.

                                                    Case No.  5D21-2139
                                                   LT Case No. CP-2002-00667

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for St. Johns County,
Kenneth James Janesk, Judge.

Matthew J. Metz, Public Defender, and
Robert J. Pearce, III, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


EVANDER, EDWARDS and HARRIS, JJ., concur.